# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| MICHELLE MARIE ROSE | : | |
| | : | |
| Plaintiff-Appellant | : | |
| | : | Case No. 21-3031 |
| v. | : | |
| | : | |
| UNIVERSITY HOSPITALS PHYSICIAN SERVICES | : | |
| | : | |
| | : | |
| | : | |
| Defendant -Appellee | : | |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Donald G. Slezak hereby provides notice to withdraw as counsel of record for Defendants- Appellees ("Defendants"). As grounds therefore, Mr. Slezak is no longer in the employ of Lewis, Brisbois, Bisgaard & Smith LLP ("Lewis Brisbois") and, therefore, will not be representing Defendants in this matter. David A. Campbell of Lewis Brisbois shall continue as counsel of record for Defendants. No party shall suffer any prejudice by this Court permitting Mr. Slezak to withdraw.

Respectfully submitted,

*/s/ Donald G. Slezak*
Donald G. Slezak (0092422)
Jackson Lewis P.C.
6100 Oak Tree Blvd.
Suite 400
Cleveland, OH 44131
Phone: (216) 750-4304
Fax: (216) 750-0826
Donald.slezak@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June 2021, the foregoing was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system.

*/s/ Donald G. Slezak*
Donald G. Slezak (0092422)