RECEIVED
9/30/2021
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: __21-3031__

Case Name: __Michelle Rose vs University Hospitals Physicians Services__

Name: __Michelle Rose__

Address: __1690 Lake Crest Drive__

City: __Roaming Shore__   State: __Ohio__   Zip Code: __44084__

## PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202-3988

1. Did the District Court incorrectly decide the facts?   [✓] Yes   [ ] No

   If so, what facts?

   > Harassment claim Doc #42 Page ID #768.

2. Do you think the District Court applied the wrong law?   [ ] Yes   [✓] No

   If so, what law do you want applied?

   > I am not stating that the court applied the wrong law. However, I am claiming that the court made a mistake on a few areas of my claims. And now that I have been on PACER and seen the actual documents, there are many that were not filed that I had sent and the files had many exhibits out of order, content and or missing information in support of my claims. I also did not see anything documented at all in the motions regarding all the recorded phone calls that were sent in support of my claim.

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ☑ Yes   ☐ No
   If so, what are they?

   > As noted above. The court was thinking that I had filed a WBC case which leads me to believe, the judge may or may not have seen and or was given the proper documents. My case was for Unemployment and UHPS and not a Worker's Compensation Claim.

4. What specific issues do you wish to raise on appeal?

   > I would like the correct supporting documents to be seen, recorded phone calls to be heard and the correct timeline of events to be in the proper order as they happened which will absolutely show and support my claims. They correct dates of events in the order that they happened will show and prove how I was being singled out, harassed, mentally and emotionally suffering under the extreme circumstances I was facing and dealing with on a daily basis. I would also like the court to see how I was denied all of my discovery request in order to support my case. I would like the court to read and hear supporting facts on how I was told I could not have access to things in my file and emails used against me on my termination. I would like the courts to see in writing and by recorded phone calls that I was being offered things only IF I would be willing to sign a release of liability for UH. The court feels that being given health coverage for an extended period of time was a gift and not a contract. If it is in writing and was also verbal and then UH did not follow through with that, is a breech of contract. I was recovering from a major knee surgery 11/27/2017 and was told in writing by my surgeon on 12/29/2017 visit that I needed to follow up with him in 3 weeks and needed no less than 7 more weeks of physical therapy. That never happened

5. What action do you want the Court of Appeals to take in this case?

   > I would like the courts to see the actual facts supporting my case. The actual timeline of events as they occurred and see how policy and procedures were not followed in my case.

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the __29__ day of ____September____, 20_21_ .

Signature (Notary not required)

_Michelle M. Rose, Pro Se_