# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**Michelle M. Rose, Pro Se**                                                    Case No. 21-3031

**Plaintiff**

**VS.**

**University Hospitals Physician Services**

**Defendants**

                                                        Motion in support of my appeal.

I.   Doc#40-1, Page ID#752, 753, 754. Provides my sworn affidavit, signed and notarized for all evidence I have submitted in my case.

II.  Doc#42, Page ID# 768. I will provide emails and documents to prove that I was being singled out, intimidated and how it interfered with my daily work performance, the stress I underwent eventually caused a breakdown and comment on suicide.

III. Doc#42, Page ID#769 I will prove that all five elements required for Ohio law for negligent hiring, retention, and supervision claim. I will also show how this added to my stress and forcing me to work while on an continuous FMLA.

IV. DOC#42, Page ID #770. This had nothing to do with BWC. I filed for unemployment and UHPS (Cynthia Clark) fought that claim and won. I requested a hearing and sent in all my supporting documents, UHPS (Cynthia Clark) did not attend the hearing after receiving all my supporting documents to argue my case. A few weeks later, I was notified and they stated in the letter that had no just cause for terminating me. I was awarded my unemployment and they back dated it from the date I first filed.

V. FMLA interference claim. DOC#42 Page ID#771 Evidence supports that plaintiff was on intermittent FMLA and not on a continuous leave. I will explain this in full detail in the correct timeline of events as they actually took place.

VI. DOC#42, Page ID#775. The judge states that no clear evidence was shown that the defendant did not see or receive my treatment records showing that I was extending my leave prior to firing me.
I will show very clear evidence that I was seen by my surgeon on Friday December 15, 2017 and he then placed me on an additional leave after injuring me knee while working. This was given to my direct supervisor Cynthia Clark and sent into HR STD office on Friday December 15, 2017. They called me and terminated me five days later on Wednesday December 20, 2017.

vi. Doc#42 Page ID#778 The judge viewed that the defendants decision to provide me with insurance benefits through the end of January was a gift

and not a breach of contract. I will provide documentation that my surgeon did not medically release me and I was to be seen in three weeks by him and at least seven more weeks of physical therapy. I do not know the Ohio law on this but I can only assume that at the very least, they would have had to at least cover my physical therapy and medications pertaining to this medical surgery until I was released from the surgeon. UHPS owned the insurance company and my doctor that I worked for paid 100% of what I did not pay for my insurance.

Lastly Doc#12 Page ID#147. Judge denies my request for a court appointed attorney. "Appointment of counsel.... Is not appropriate when a pro se litigant's claims are frivolous, or when the chances of success are extremely slim." This was very disheartening as this was prior to the judge hearing and or seeing any evidence I had to present. I feel this case was determined from the start no matter what proof I had to present. And now seeing the filed documents and how they have been taken out of the timeline of events and somehow has missing information and or blocked information, and the fact that he quoted a WBC case when it was actually a hearing with the unemployment department, makes me wonder if the evidence was even looked at and or considered in this case.

**Proper time line of events and documents supporting each of the events as they occurred.**

**Attached are my 2014, 2015, 2016 and 2017 Employee evaluations and the amount of pay raises I had received since 2010 through 2017. Just the last three years was 2015 E4 grade which is consistently exceeds expectations and I received a 3% raise. 2016 evals changed and I was an effective contributor, no comment from Cindy Clark my manager and I received a 7% raise. In May 2017 my employee eval was Effective Contributor and Cindy's comment was "Michelle is a very loyal, industrious employee who works diligently to make sure her provider is successful and patients are the top priority. I received a 5% raise. Next is an email and two letters of recommendation from 2016 which one came from my Director, Brian Boardman. The letters are not signed as I only had copies and the signed originals were in my employee file that I have been denied access to.**

**PLEASE SEE THE ATTACHED MARKED EMPLOYEE EVALS AND PAY RAISES. PLEASE ALSO SEE THE ATTACHED MARKED LETTERS AND EMAILS OF SUPPORT.**

**In July of 2017, I started getting emails from my direct supervisor Cindy Clark almost weekly stating that "HR would like to know why you have no overtime on your timesheet." I was constantly being harassed about this on a weekly basis and it was beginning to really put me under pressure and stress me out. I was denied access to these emails in my discovery request.**

**Due to the overwhelming stresses I was under, my physical and mental health had really started taking a toll on me. My physician that I worked for, whom paid 100% of my**

salary, 100% of my health benefits and my staff were noticing a very big change in me. I went to see my primary care and my pain management doctor. They decided that it would be best with what I was going through to apply for intermittent FMLA. So I applied for this and had them fill out the paperwork and this was fax to the appropriate staff as well as my direct report / supervisor Cynthia Clark. It took them almost four weeks to approve that request for me.

PLEASE SEE ATTACHED MARKED 1ST FMLA AND APPROVAL

Next is the new Ohio Law for Salary employees. This did not pertain to me as I was making $61,609.60 at the time. However, they decided that they would change my position to hourly from salary anyway without explanation. They changed me to hourly in July of 2017. Then in August, I received a letter stating that I would now be a Practice Lead and no longer a manager without any explanation. They sent me these newly created positions of Practice Lead and Practice Supervisor. I was already way above the pay scale for the Practice Lead and they absolutely refused to allow me to me a Practice Manager even though I was fully qualified and already making more than the max for a Practice Lead. This now meant with me being at the Max rate of pay for a Practice Lead, I would no longer receive pay raises in my new role.

PLEASE SEE ATTACHMENT MARKED NEW OHIO SALARY LAW.

I continued to get weekly emails from Cindy Clark stating that HR would like to know why I have no overtime on my time cards. I finally replied to her in an email on a Friday after work and explained that these constant emails and pressure I am under, I now understand why people commit suicide. I then left work for the weekend. Around 8pm that evening, I

had the State Highway Patrol show up at my house to do a wellness check on me. I assured the officers that I was fine and just feeling very overwhelmed and stressed with work. On Monday, I return to the office and was greeted by Cindy Clark and someone from HR Ashley Todd. I was placed on a mandatory administrative leave to be evaluated by a Psychologist of their choice to ensure that I was "Fit for Duty". I was evaluated and returned to work.

PLEASE ATTACHMENT MARKED FIT FOR DUTY – ADMIN LEAVE

We were being switched to a new program in February of 2019. We were scheduled to take training in winter of 2018. Both Cindy Clark and Brian Boardman met with Dr. Knauer and I and we reviewed the financials, picked our slowest time of the year and when allergy season would not be affected for the training and roll out of this new program. Without meeting with us and or discussing with anyone, they sent out an email blast stating that the training and roll out in certain areas have been much better and smoother than initially anticipated.

So they without communicating with us at all, moved our training to September and October for a roll out of November 1, 2017. Now, I did all the pleading, begging I could not to allow this to take place because my father had just been diagnosed with pancreatic cancer and I would be filing for intermittent FMLA in order to take him back and forth twice a week for chemo.

My staff had already filed for FMLA for her daughter's surgery and would be out of the office, we had a new MA that had just started in late September and I was scheduled for major knee surgery on my ACL and meniscus November 27, 2017. Even after telling them

all this and begging to be pushed back, we were denied. I then started sending emails begging for training of my billing and collections staff so that I would no longer have to be responsible for that.

Dr. Knauer was not a man of many words, but when he would get angry, he would send out an email which I have attached as well. From Dr. Knauer to my supervisor Cindy Clark "So why don't we just crash and burn as the other logical option. This start date cannot possibly go forward without our full staffing. I suggest someone make this happen. It would be ridiculous not to have provisions for this type of situations. And he signed Revenue Generating Unit."

PLEASE SEE THE ATTACHMENT EMAILS IN SUPPORT OF NEEDING HELP.

To quickly explain why he signs emails that way. UHC is the hospital and UHPS is NOT supported at all by the hospitals. Dr. Knauer pays 100% of all his equipment, rents his clinical space, 100% for all his employees, their health coverage, their vacations and he pays a percentage for both Cindy Clark our supervisor and Brian Boardman our director. There is not a nickel of support from University Hospitals at all.

Now on October 17, 2017 I receive an email directly from HR Valerie Jaggie this time stating that "there was an issue discovered and needs your attention." She tries to explain the UH policy on timecards to me and now wants me to report my time to a secretary at the hospitals main campus???? On October 18, 2017, I emailed her back stating I had a few questions and asked if this was going to pertain to ALL Practice Supervisor and Practice Leads at UHPS. Of course it was not and only I was being singled out. I then sent an email quoting the UHC Policy and Procedures on time worked, time cards and time keepers per

the policy. It clearly stated that NO ONE should be approving their own time card and if she was mandating me to report to a secretary, then so will ALL the others. She then did send out an email to ALL Practice Leads and Practice Supervisors making them aware of this new change that no one will be allowed to approve their own time cards.

The very next morning October 19, 2017, I was met in my office with Valerie Jaggie Human Resource Manager, Cynthia Clark, my direct supervisor and Brian Boardman my Director for the practice and the one that wrote the letter of recommendation for me the previous year. I was presented with a FINAL WARNING Corrective Action. They had my wrong date of hire, they tried using things that happened over 3 months ago and they could not justify as the company was an approved vendor and they knew it and that is why NOTHING could be done back in July when Dr. Knauer told me to sign the contract and buy the equipment. That all took place in July and then they try to use it in my FINAL WARNING corrective action in October? I also attached the policy and procedure for corrective actions.

"When a formal corrective action is appropriate, the guidelines below WILL BE FOLLOWED."

1. A confirmation of counseling ( I NEVER HAD ONE IN 13 YEARS)
2. A warning in writing (I HAVE NEVER HAD ONE IN YEARS)
3. Suspension or final warning (this is what they jumped right to for me)
4. Discharge

Attachment A is a breakdown of Reasons for Progressive Corrective Action. There is a list of 26. Reason that they could by pass the warning and confirmation of counseling and

jump right to the Final Warning. I have NEVER in my 13 years violated any of the 26 items listed on attachment A.

**PLEASE SEE THE ATTACHMENT MARKED TIME CARD HASSRASSING EMAILS AND 1ST EVER CORRECTIVE ACTION.**

Now I left October 20, 2017 after work and drove to meet friends at a casino over 6 hours away in West Virginia. On Saturday evening October 20, 2017 I received a call from the doctor's at the VA Medical Center stating that my father crashed and was sent to the MICU and I need to get home as quickly as possible. I arrived at the Louis Stokes VA Medical Center on Sunday morning around 3:30am. My father had sepsis and they were not sure if he would make it or not. On Monday morning, I called my office and I spoke to my staff, Dr. Knauer and informed them all what had taken place and that I would not be into the office until this was resolved and he was safe. My next call was to my direct supervisor Cindy Clark and I informed her that my intermittent FMLA has now become a continuous leave FMLA that I would be with my father until he was safe out of the MICU.

Next group of emails are me requesting HELP from both Cindy Clark and Brian Boardman. All this took place while I was on a CONTINOUS FMLA with my father. Valerie Jaggie was NOT AWARE of this because I do not report to her, I report to Cindy Clark. So Valerie should not be speaking to the courts regarding this matter at all and it should be Cindy Clark. Well the emails do more than prove that both Cindy Clark and Brian Boardman were both aware that I was working while on a continuous FMLA leave with my father at the VA hospital. Now they claim there was no help for me and again they said there was no formal training for my staff, so what other choice did I have? So my

boyfriend Mark went to my office and retrieved my laptop and stack upon stacks of patient billing tickets that if were not entered, Dr. Knauer would not generate any revenue. Mark would then stop and pick up the completed tickets, take them back to my office and pick up more that needed to be entered. Cindy Clark was even present at my office when Mark did this exchange of the tickets. She knew exactly why he was there and what he was doing.

I also have attached an affidavit from Denise Novosel, the practice RN and she took care of this interaction with Mark almost daily and or every other day.

<strong>PLEASE SEE ATTACHMENT MARKD EMAILS FROM SUPERVISOR AND DIRECTOR WHILE ON CONTINOUS FMLA IN OCTOBER.</strong>

Now I returned to work and I am at a complete and utter loss of many things as I could not be there for the start of this new program and I am the only one doing the billing for the practice. The emails must be read by 1, 2, 3 and so on. I am simply asking for help and the reply that I get from Deborah Conti was in my opinion a little short and rude. I felt the importance to let her know that I have been gone from the office since October 20th and could not have possibly known what has taken place. Then Brian Boardman sends an email to Valerie Jaggie stating that he plans to meet with me to go over any issues and right away, she wants to respond to address my professional behavior????? There was NOT ONE thing wrong with the email that I sent in response to her short and rude email. Just looking for an excuse was all that was.

**PLEASE SEE ATTCHMENT MARKED EMAILS FROM BOTH CINDY AND BRIAN WHILE ON STD LEAVE. PLEASE ALSO SEE THE EMAIL MARKED INAPPROPRIATE PER HR**

I go on my STD leave for my already scheduled knee surgery on 11/27/2017. I have emails all through December from both Cindy Clark and Brian Boardman and nothing was ever said. Then on December 20th 2017, they want to fire me for working while on STD? They had no problem with it when I was on a continuous FMLA in October and they also had no problem with it in early and mid-December with it, it wasn't until I was placed and an additional leave by my surgeon on December 15, 2017 through January 15, 2018 and then it was a problem and they fired me on December 20th, 2017.

PLEASE SEE ATTACHMENT MARKED TERMINATION

I received a call which I have recorded and unfortunately, it is in a format that I am unable to send to you as you only accept WAV and MP3 and this is a different format. But you can tell by the emails that I was offered continued medical insurance through the end of January and if I would sign a release of liability to UH, then they would allow me to continue health coverage through the end of February. Well, I had not been released from my UH surgeon and on December 29, 2017 that I would need at least 7 more weeks of physical therapy and I would need to follow up with him in another 3 weeks.

I never had another physical therapy visit and or medications because Valerie Jaggie did not properly enter the termination dates and this is shown in many emails and even Terri Steel – Austin was my nurse case manager at Health Design Plus which is owned by

University Hospitals and employed by UH staff. Terri Steel – Austin can confirm this as well. As a result, I had to undergo yet another surgery and not that it can be proved but I have a witness that can testify that I asked the surgeon could this 2nd surgery be a result of not having the proper physical therapy and or treatment after the 1st surgery, and he stated yes it could be because I did not follow through with physical therapy to strengthen the muscles. I have attached all the back and forth emails between HR, Cindy Clark, Terri Steel-Austin at HDP and myself up until February 1, 2018 showing that I still had no coverage, no physical therapy and no medications.

**PLEASE SEE ATTACHMENT MARKED HR EMAILS RE: INSURANCE AND SURGE**

The next document is my approval for my FMLA for my father's illness. I filled out that FMLA on 9/21/2017 and I FINALLY received an approved letter from UH dated 11/13/2017 that I was approved from 9/21/2017 through 7/18/2018. My father died on November 4, 2017.

**PLEASE SEE ATTACHMENT FATHER'S FMLA APPROVAL**

Next are emails from Diane Miller and Kara Ladaika on 12/14/2017 stating that I had not turned in my return to work papers and yet. I have attached a copy of the email as well as proof that the document was faxed to the proper location on 11/30/2017. This is also proof that HR and Cindy Clark were fully aware of me extending my STD to 1/15/2018 prior to them terminating me. The judge stated they were not made aware of my extension prior to my termination and this document proves they were aware.

**PLEASE SEE ATTACHMENT MARKED PROOF THEY WERE INFORMED OF MY STD EXTENSION PRIOR TO TERMINATION**

**Next set of emails are from Dr. Kent Knauer reaching out to me after my termination. Wanting me to fight it, stating it was "suspicious accusations". He asked me to reach out to patients even after my termination with his practice.**

**PLEASE SEE ATTACHMENT MARKED EMAILS FROM DR KNAUER**

**The very last documents to support my case are three letters from Mr. Paul Corrado, the first attorney that I hired to help me with this case. The other is a letter from the 2nd attorney that was willing to help me on a continuous basis. And last, I have attached all recorded phone calls including the Unemployment hearing call. Unfortunately, I tried everything to resave these calls into a format that the courts prefer. But they were saved as a format that I cannot figure out how to resave them into WAV or MP3 format.**

**PLEASE SEE ATTACHED ATTORNEY LETTERS. I ALSO HAVE ATTACHED THE RECORDED CALLS IN CASE THERE WAS A WAY FOR YOU TO LISTEN TO THEM.**

**Your Honor, I truly believe that if you can see the actual proof laid out in the order that the events actually took place and the documents, emails and recorded calls to support each one, you will see that I was being singled out and harassed, I did not report to Valerie Jaggie and she was not aware of my continuous FMLA leave with my father when he took a turn for the worse. You can also see all the emails and communications between both Cindy Clark and Brian Boardman on both my continuous FMLA leave October 21, 2017**

through November 19, 2017. They both were fully aware and had not one problem with me working during both FMLA and STD leaves.

And with the four attorney letters to help as well. All I was asking for your Honor was the money that I spent living off my credit cards for the two years I went without pay. Yes, I was finally approved for my SSD but again, I went without pay and lived off a credit card for almost a full two years. I had to sell my house that I built and lived in for 11 years due to losing my job. During our mediation via phone conference, the defendants offered me $5,000 to end the case. I had told the mediator that I would be MORE than happy to end this and was only asking for the money to pay off my credit cards that I was forced to live off of for the two years.

At the time your honor, I do not recall exactly that count but it was somewhere between $34,000 and $37,000 that I was asking for. I now live off of SSD and I continue to struggle making these credit card payments each month. I have very good credit and do not want to file for bankruptcy. It is my debt and I feel responsible to pay it back no matter what as they saved me from poverty during that two years without income.

I thank you for your time and consideration in this matter and reviewing the actual time lime of events and facts that support that, and I am hopeful this will be resolved fairly.

Sincerely,

*Michelle Marie Rose, Pro Se*

Michelle Marie Rose, Pro Se
1690 Lake Crest Drive
Roaming Shores Ohio, 44084
216-324-5608
Mellis4702@aol.com