RECEIVED 9/30/2021 DEBORAH S. HUNT, Clerk


**University Hospitals**

↑ Navigator   ⌂ Favorites                                   Preferences   Help   Close Window

## Salary

[Add New Salary]

| | | |
|---|---|---|
| Employee Name: Michelle Rose | Employee Number: 1121389 | **Grade Salary Limits** |
| Manager: Cynthia Clark | Assignment Number: 1121389 | Grade: 2.25.0.1 |
| Organization: UHMSO Knauer, Kent-60328 | Job: Administrative Support Senior | Grade Details as of: 01-Jan-2018 |
| Assignment Category: Regular Full Time 35+ | FTE: 40 Hours/Week | Salary Range: 15.45 - 24.19 |
| USD = US Dollar | Effective Date: 01-Jan-2018 | Midpoint: 19.83 |
| | | Comparatio: 149.37 |

### Current Salary

| | | |
|---|---|---|
| Effective Date: 25-Jun-2017 | To: 29-Dec-2018 | **Salary Basis Details** |
| Salary: 29.62 USD Hourly | Status: Approved | Salary Basis: Hourly |
| Change Amount: 1.41 USD Hourly | Reason for Change: Salary Review Process | Pay Basis: Hourly Salary |
| Change %: 4.998228 | | Currency: USD |
| Annualized Salary: 61609.6 USD | Next Salary Review | Bases/Year: 2080 |
| Last Period Processed: 22-Dec-2018 | Performance Review | |
| | Performance Rating | |

**Recent Performance**
- 19-Apr-2015 ★
  - Type: Annual
  - Rating: E4 - Consistently Exceeds Expectations
- 20-Apr-2014 ★
  - Type: Annual
  - Rating: E3 - Consistently Meets Expectations

### Components

| Reason for Change | Change Amount | Change % | Status | More Details |
|---|---|---|---|---|
| Pay for Performance | 1.41 | 4.998228 | Approved | |
| Total | 1.41 | 4.998228 | | |

**Salary History** | Peer Averages | Peer Comparison

[Correct]                                            ⓘ Previous  1-10 of 15 ▼  Next 5 ⓘ

| Details | From | To | Change | Change % | Salary | Annualized Salary | Currency | Salary Basis | Status |
|---|---|---|---|---|---|---|---|---|---|
| ⊟ Hide | 25-Jun-2017 | 29-Dec-2018 | 1.41 | 4.998228 | 29.62 | 61609.6 | USD | Hourly | Approved |

| | |
|---|---|
| From: 25-Jun-2017 | Status: Approved |
| Salary: 29.62 USD Hourly | Reason For Change: Salary Review Process |
| Change Amount: 1.41 USD Hourly | |
| Change %: 4.998228 | Last Updated By: GREYNOL2 |
| Annualized Salary: 61609.6 USD | Last Update Date: 24-Dec-2018 |
| Grade: 2.29.0.1 | Created By: BTURNER4 |
| Grade Range: 20.26 - 31.7 USD | Creation Date: 21-Jun-2017 |
| Last Period Processed: 22-Dec-2018 | |
| To: 29-Dec-2018 | |
| Highly Compensated | |

| Component | Change Amount | Change % | Status | Details | Last Updated By | Last Update Date |
|---|---|---|---|---|---|---|
| Pay for Performance | 1.41 | 4.998228 | Approved | | BTURNER4 | 21-Jun-2017 |
| Total | 1.41 | 4.998228 | | | | |

| Details | From | To | Change | Change % | Salary | Annualized Salary | Currency | Salary Basis | Status |
|---|---|---|---|---|---|---|---|---|---|
| ⊟ Hide | 27-Nov-2016 | 24-Jun-2017 | 0.82 | 2.993793 | 28.21 | 58676.8 | USD | Hourly | Approved |

| | |
|---|---|
| From: 27-Nov-2016 | Status: Approved |
| Salary: 28.21 USD Hourly | Reason For Change: |

*(handwritten annotation: "(2017) 5% Raise in June 2017 employee eval May 2017.")*

https://apps.uhhospitals.org/OA_HTML/RF.jsp?function_id=26515&resp_id=51169&resp...   9/16/2020

Salary

```
        Change Amount  0.82 USD Hourly        Last Updated By   BTURNER4
        Change %       2.993793               Last Update Date  21-Jun-2017
        Annualized Salary  58676.8 USD        Created By        MROSARI1
        Grade          2.29.0.1               Creation Date     07-Nov-2016
        Grade Range    20.26 - 31.7 USD
        Last Period Processed  22-Dec-2018
                   To  24-Jun-2017
        Highly Compensated
```

Hide  08-Aug-2015  26-Nov-2016    1.79   6.992188   27.39   56,971.20 USD   Salaried   Approved

```
        From           08-Aug-2015            Status            Approved
        Salary         27.39 USD Hourly       Reason For Change Salary Review Process
        Change Amount  1.79 USD Hourly
        Change %       6.992188               Last Updated By   BTURNER4
        Annualized Salary  56,971.20 USD      Last Update Date  15-May-2017
        Grade          5.29.0.2               Created By        CWINNIN1
        Grade Range    17.90 - 27.98 USD      Creation Date     20-Aug-2015
        Last Period Processed  22-Dec-2018
                   To  26-Nov-2016
        Highly Compensated
```

*2015 7% Raise*

Hide  27-Jul-2014  07-Aug-2015    0.75   3.018109   25.60   53,248.00 USD   Salaried   Approved

```
        From           27-Jul-2014            Status            Approved
        Salary         25.60 USD Hourly       Reason For Change Salary Review Process
        Change Amount  0.75 USD Hourly
        Change %       3.018109               Last Updated By   CWINNIN1
        Annualized Salary  53,248.00 USD      Last Update Date  20-Aug-2015
        Grade          5.29.0.2               Created By        ANONYMOUS
        Grade Range    17.90 - 27.98 USD      Creation Date     05-Sep-2014
        Last Period Processed  22-Dec-2018
                   To  07-Aug-2015
        Highly Compensated
```

*2015 3% raise standard.*

Hide  30-Jun-2013  26-Jul-2014    0.72   2.983838   24.85   51,688.00 USD   Salaried   Approved

```
        From           30-Jun-2013            Status            Approved
        Salary         24.85 USD Hourly       Reason For Change Salary Review Process
        Change Amount  0.72 USD Hourly
        Change %       2.983838               Last Updated By   ANONYMOUS
        Annualized Salary  51,688.00 USD      Last Update Date  05-Sep-2014
        Grade          5.29.0.2               Created By        HHAMMIT1
        Grade Range    17.21 - 26.90 USD      Creation Date     28-Jun-2013
        Last Period Processed  22-Dec-2018
                   To  26-Jul-2014
        Highly Compensated
```

*2014 3% raise standard*

Hide  01-Jul-2012  29-Jun-2013    0.59   2.506372   24.13   50,190.40 USD   Salaried   Approved

```
        From           01-Jul-2012            Status            Approved
        Salary         24.13 USD Hourly       Reason For Change Salary Review Process
        Change Amount  0.59 USD Hourly
        Change %       2.506372               Last Updated By   HHAMMIT1
        Annualized Salary  50,190.40 USD      Last Update Date  28-Jun-2013
        Grade          5.29.0.2               Created By        MTOLERX2
        Grade Range    17.21 - 26.90 USD      Creation Date     05-Jul-2012
        Last Period Processed  22-Dec-2018
                   To  29-Jun-2013
        Highly Compensated
```

*2013 2.5% raise across the board per UH.*

Hide  17-Jul-2011  30-Jun-2012    1.00   4.436557   23.54   48,963.20 USD   Salaried   Approved

```
        From           17-Jul-2011            Status            Approved
```



*Employee Eval March 2016*

# UH Performs - Performance Details

**Review Year:** 2015

**Name:** Rose, Michelle M
**Position:** Office Manager MSO
**Manager:** Clark, Cynthia

**Assignment Number:** 1121389
**Department:** UHMSO Knauer, Kent-60328
**Entity:** UH Management Svs Org

| Title | Description | Effective Contributor | Needs Improvement |
|---|---|---|---|
| Job Specific Competencies (attach job specific competencies if applicable) | Demonstrated the knowledge, skills and abilities necessary to do the job. | ☑ | ☐ |
| Performance Expectations | Performed according to established goals, behaviors and UH values. | ☑ | ☐ |

*2016 Eval and recieved 7% raise*

## Attachments

| Name | Uploaded By | Created Date |
|---|---|---|

## Manager Comments

No action was taken on this annual summary within the allotted 15 business days. This review has been auto-signed and returned to the manager. Please contact your manager with any questions or concerns.

## Employee Comments

**Employee Signature** — Michelle Rose
**Date:** 3/30/2016

**Manager Signature** — Auto-Sign
**Date:** 5/17/2016



# UH Performs - Performance Details

**Review Year:** 2016

**Name:** Rose, Michelle M

**Position:** Office Manager

**Manager:** Clark, Cynthia

**Assignment Number:** 1121389

**Department:** UHMSO Knauer, Kent-60328

**Entity:** UH Management Svs Org

| Title | Description | Effective Contributor | Needs Improvement |
|---|---|---|---|
| Job Specific Competencies (attach job specific competencies if applicable) | Demonstrated the knowledge, skills and abilities necessary to do the job. | ✓ | ☐ |
| Performance Expectations | Performed according to established goals, behaviors and UH values. | ✓ | ☐ |

**Attachments**

| Name | Uploaded By | Created Date |
|---|---|---|

*[handwritten]* Cindy Clark's comments regarding ME

**Manager Comments**

Michelle is a very loyal, industrious employee who works diligently to make sure her Provider is successful and patients are the top priority.

**Employee Comments**

**Employee Signature**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Date**
Michelle Rose　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5/2/2017

**Manager Signature**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Date**
Cindy Clark　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5/2/2017

*[handwritten]* I recieved a 5% raise for 2017 and 2 months later in July I filled out my 1st of 3 FMLA/STD. 5 months later 12/20/17 I am terminated.