RECEIVED
9/30/2021
DEBORAH S. HUNT, Clerk

*7 days After my 1st FMLA request.*

## ATTACHMENT A

UNIVERSITY HOSPITALS HEALTH SYSTEM
EMPLOYEE ASSISTANCE PROGRAM
REFERRAL FORM

Employee: __Michelle Rose__ Position: __Office Mgr__ Date: __7/25/17__ Phone: __440-974-4108__

You are being referred to the EMPLOYEE ASSISTANCE PROGRAM (EAP) because of the concerns noted below. EAP services are confidential, in compliance with the law. Your supervisor will be told only whether you kept the appointment, and whether you complied with the EAP recommendations. Your supervisor will not be told what was discussed unless you specifically authorize it and sign a release of information specifying the information to be released. Information from EA may be shared without a release and authorization in response to state or federal statute/regulation (e.g. Homicidal/suicidal ideation; child and elder abuse/neglect), a court ordered subpoena or an official investigation by a government agency.

☒ A Tier 1 Mandatory Referral has been made to EAP for the following reason:
  ☒ Fitness for Duty
  ☐ Violent, hostile, or reckless behavior that endangers the safety of others or that causes others to fear for their safety
  ☐ Reasonable suspicion of drug/alcohol use including evidence of drug diversion.

**Please phone EAP at 216-844-4948 to confirm your scheduled appointment on _____.**

*************************************************************************************

☐ A Tier 2 Mandatory Referral has been made to EAP for the following job performance concern(s):
  ☐ Attendance issues
  ☐ Conflictive work relationship
  ☐ Deteriorating job performance
  ☐ Other _____

*************************************************************************************

**Please phone EAP at 216-844-4948 within 5 business days of today's date, to schedule an appointment.**

Explanation of counseling, anecdotal, corrective actions or other concerns relative to the above-checked concerns:

My supervisor has explained the reason for this EAP referral. I understand that my supervisor will be notified whether I keep my appointment and whether I comply with the EAP recommendations. I have been given a copy of this form.

Employee Signature: __Michelle Rose__ Date: __7-25-17__
Supervisor Signature: __Cynthia L. Clark__ Dept: __adm__ Phone: __440-241-9377__
EAP Counselor Signature: _____ Date: _____

☐ Employee attended EAP session        ☐ Employee did not attend EAP session
☐ Employee complied                     ☐ Employee did not comply

HR 85 – Employee Assistance Program
Owner: Human Resources Department
Revised November 2013
Page 5 of 5

# JODY PICKLE, PH.D., LLC

**Fitness for Duty Evaluation**

**Employee:** Michelle Rose
**Date of Birth:** January 12, 1974
**Date of Evaluation:** July 27, 2017
**Referral Source:** Jill Fulton, LISW, UH EAP

**Referral Question & Background Information:** Michelle Rose is a 43-year-old, divorced woman who was referred for fitness for duty evaluation secondary to an email she sent to her supervisor that said, "Cindy, I think I'm ready to commit suicide." Attempts were made to contact her by telephone. The police were dispatched to her home for a safety check. Ms. Rose told the police that she made a mistake and inappropriate comment because she was very frustrated with matters at work. She has no history of suicidal ideation or mental health treatment. She had no intention of harming herself that day.

Ms. Rose has worked as a practice manager for Kent Knauer, MD for the past seven years in the Mentor ambulatory office. She has also worked downtown at the UH main campus for 10 years. She indicated that she was always paid salary for Dr. Knauer as a practice manager. University Hospitals changed her pay structure along with office managers from salary to hourly based on an anticipated labor law change. This has changed her benefits and ability to take time off. In addition, she used to work many hours a week over the 40 hour limit. When she works overtime now, Dr. Knauer is charged for the additional time. She does not believe that is fair for him. She also believes that she makes too much money to qualify for the pay structure change and that she is a practice manager and not an office manager. She has been trying to rectify the situation with University Hospitals and has not been successful. She admits that she has been angry and may be causing herself considerably more stress than she needs at this time.

**Social History:** Ms. Rose was born and raised in Cleveland Ohio. She discovered when she was older that her sister is her half-sister and that she had brothers that were given up for adoption long ago. She described a good childhood and that she was a good student in school. She married a man that she has known since she was the age of 12. The marriage lasted nine years and ended in divorce officially in 2003. He is an attorney at the Cleveland Clinic. She has no children. She is currently involved in a long-term, stable relationship.

Ms. Rose has multiple medical problems including fibromyalgia, common variable immune deficiency, cluster headaches, migraine, IBS, and bilateral lower extremity edema. She is prescribed pravastatin 40 mg q.d., ranitidine 300 mg BID, Dexilant 30 mg BID, cyclobenzaprine 10 mg PRN, IC furosemide 40 mg BID, IC Klor-Con M20 daily, Adderall 20 mg BID, Nabumetone 500 mg BID, Xtampza ER 27 mg BID, Hizentra 25 g Q2 weeks, Savella 50 mg BID, verapamil 180 mg daily, tramadol 50 mg PRN, ibuprofen 800 mg PRN, prednisone 20 mg PRN, pilocarpine 5 mg two pills TID, and Movantik 25 mg PRN, pure CBD tincture 100 mg 15 drops daily.

Ms. Rose indicated that she has no history of mental health treatment or significant symptoms. She has never been hospitalized for mental health reasons nor has she been prescribed antidepressant medication or anti-anxiety medicine.

**Mental Status Examination:** Ms. Rose arrived on time and unaccompanied for the evaluation. She was appropriately dressed and groomed. She was alert and oriented for person, time, place, and situation. She

8180 BRECKSVILLE ROAD, SUITE 115
BRECKSVILLE, OH 44141
MAIL: PO BOX 634, AURORA, OH 44202

PHONE: (440) 546-0048
FAX: (888) 828-2326
JODY.PICKLE@GMAIL.COM

Fitness For Duty
Michelle Rose
July 27, 2017
Page 2

was aware that she was being assessed for fitness for duty due to the suicidal comment that she made in an email to her supervisor. She was embarrassed and chagrined at her behavior. She stated that she realized it was inappropriate and that she acted impulsively. She feels even worse because of a recent suicide at University Hospitals Rainbow Babies and Children's Hospital and she is aware that it is not a topic to be taken lightly. Her affect was appropriate with the exception of her underlying anger. She was allowed to vent for a period of time and then redirected toward her level of stress and how she is managing it. She was able to accept this redirection once she had vented. She is extremely frustrated. We discussed her employer's right to change her pay and her benefits and that chronic anger is not healthy for her given her stress related conditions. She reluctantly agreed.

**Personality Assessment:** Ms. Rose approached the MMPI-2, RF in a consistent manner. Validity indicators reveal that she was able to read, comprehend, and respond deliberately to the test items. She produced a fully valid and interpretable result. Persons with similar test results report various vague somatic or bodily complaints including fatigue, headache pain, dizziness or weakness. They are stress reactive and prone to angry outbursts. Ms. Rose did not endorse any of the items that suggests suicidal thinking or behaviors on this assessment battery.

**Summary & Recommendations:** Michelle Rose is a 43-year-old, divorced woman who has invested a significant amount of her time and energy into managing the practice of Dr. Knauer. She has worked lengthy hours over the past seven years and is emotionally invested in the success of the practice. Dr. Knauer has been reportedly very pleased with her performance and depends on her to help make his business profitable. As part of the restructuring of pay schedules for University Hospitals of Cleveland, Ms. Rose's pay structure was changed to hourly. This has resulted in her reportedly losing some sick time, charging Dr. Knauer for her overtime, and other changes that are upsetting to Ms. Rose. This is personal for her. She feels somewhat insulted by the way she was treated by the hospital system. She feels she has been a dedicated and loyal employee who has worked extra hard and this has not been acknowledged.

Ms. Rose is amenable to working on her reaction to the current situation. She is leaving for vacation for a few days and was provided a method to practice progressive muscle relaxation while she is gone. It was recommended that she practice twice a day for two weeks, 20 minutes at a time. In addition, when she returns, she should participate in individual psychotherapy and stress management training to learn how to balance her life and manage herself so that she does not increase her medical problems due to stress at work. At this time Ms. Rose meets criteria for an adjustment disorder and would benefit from brief course of individual psychotherapy.

It is my opinion that Michelle Rose is currently fit for duty and can return to work when she returns from her vacation next week.

Thank you for allowing me to participate in the assessment of this very pleasant employee.

*Jody Pickle, Ph.D.*
Jody Pickle, Ph.D.
Clinical Neuropsychologist