RECEIVED 9/30/2021 DEBORAH S. HUNT, Clerk

 **University Hospitals**

**Corrective Action**
HRPerf001

## I. EMPLOYEE DATA

| First Name | M.I | Last Name | Employee Number (Enter exactly as in Oracle) |
|---|---|---|---|
| Michelle | M | Rose | 1121389 |

| Position | | | Year |
|---|---|---|---|
| Practice Lead | | | 2017 |

| Entity | Department |
|---|---|
| UHMP | UHMSO Knauer, Kent-60328 |

(Check one)　☐ Confirmation of Counseling　☐ Warning　☐ Final Warning/Suspension　X Discharge

## II. CIRCUMSTANCES

*Dates of attendance or tardiness occurrences:*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

*Describe the circumstances leading to the corrective action:*

Michelle Rose is a Practice Lead and has been with University Hospitals since June 19, 2006. On October 19, 2017, Michelle was placed on a Final Warning for aggressive communication. On December 12 and December 14, 2017, Michelle sent several unprofessional emails to her manager, staff and a co-worker in another department.

Michelle returned back to a continuous leave of absence December 15, 2017. On December 19, 2017, Cindy Clark, Administrator texted Michelle to remind her that she should not be working while on a continuous leave. Michelle then began texting her staff as a group the below messages:
- "Please do not say anything to Cindy about me coming into the office to do anything as all as I am supposed to be on STD. Thank you."
- "I need each of you to call me today and give me your login and passwords for each program Athena, EMR and Soarian. Thank you."
- "Send all communications to be by text please and thank you. Please also let Vida know she can call me as she never texts so tell her to call and not email."
- "Email me the letter you send out for the AR but email it to me at Mellis4702@aol.com thank you"

At 1:50 p.m. Michelle was informed by Cindy that she was not to be on hospital property unless she was receiving medical attention. At 2:22 p.m. Michelle sent another text to her a staff member: "I have texted you, called the office and left you voicemails and you ned to call me."

Cindy then contacted Michelle via phone to remind her that she was on STD and was not supposed to be contacting her staff via email, phone or text. Michelle did not say she wasn't doing that but said she would not contact the staff. Approximately 5 minutes later Michelle called the office from a blocked number and began yelling at one of her staff members because she did not inform her that Cindy was in her office. Michelle stated she needed an appt. When the staff member said her name she became upset with her and she yelled at the staff member again that she was not to say her name as it could be heard in the back office. She again told this employee to call her when she left work for the evening.

Michelle also called another employee from a blocked number and asked her, "well, where have you been?" The staff are very nervous and concerned about her behavior for their own safety. After the above communications, Michelle had a staff member schedule her and appointment to see the Physician on Wednesday, December 20, 2017. She stated when she arrives in the office on December 20, she was going to tell the staff what duties they were to do when she was out. Michelle called from a private number on the morning of December 20, to cancel the appointment.

Michelle has violated HR – 63 for Professional Behavior, HR- 72 Corrective Action and IS-9 Password, Creation and Revision. Due to the continued aggressive and threatening behavior and violation of UH Password, Michelle's employment is being terminated effective immediately.

*Please note the policy and procedure violated:*

HR – 72 Corrective Action

HR – 63 Professional Behavior

    2.1.2. Demeaning, intimidating or abusive behavior.
    2.1.6. Outbursts of rage or violent temper.

IS-9 Password, Creation and Revision

All individuals who access UH IT Systems, including physicians, workforce members, contractors, vendors and researchers, adhere to UH Information Security standards regardless of the UH business purpose(s) for the access. Passwords are never shared with others or written down in unsecured locations where others may be able to obtain the passwords and use them to access UH IT Systems.

### III. ACTION PLAN

Michelle Rose's employment with University Hospitals has been terminated effectively immediately.

 University Hospitals

Corrective Action

### IV. EMPLOYEE COMMENTS

## V. SIGNATURE OF ACKNOWLEDGMENT

I understand that I may contact an HR representative to discuss questions or concerns related to this document including optional complaint resolution steps. Other than in cases of discharge, should the performance concerns outlined in this document continue, additional corrective action up to and including discharge may occur.

| Employee Signature | Date |
|---|---|
| Delivered to employee via telephone | 12/20/17 |

| Manager Signature | Date |
|---|---|
| Cynthia L. Clark | 12/20/17 |

**PLEASE RETURN THIS FORM TO YOUR LOCAL HUMAN RESOURCES DEPARTMENT**



December 20, 2017

Michelle Rose
13232 Painesville Warren Road
Painesville, Ohio 44077

Dear Michelle:

This letter is to inform you that as of Wednesday, December 20, 2017, your assignment as a Practice Lead at University Hospitals Medical Practices has been terminated due to violation of your Final Warning Corrective Action.

Please return any property of University Hospitals Medical Practices to the Allergy department at the address below. Specifically UH Badge and Building/Office keys.

> University Hospitals Medical Practices
> 9000 Mentor Ave
> UH Mentor Health Center, Ste 103
> Mentor, OH 44060

If you have any questions, please contact me at 440-241-9377.

Sincerely,

*Cindy Clark*

Cindy Clark
Administrator I