Rx:22May2017 Ordered
Rx By: Lele, Shreeniwas; Dispense: 30 Days ; #:30 Tablet; Refill: 0;
Refill: 0;For: Health Maintenance, Esophageal reflux; DAW = N; Verified
Transmission to CVS/PHARMACY #4327; Last Updated By: System, SureScripts;
5/22/2017 5:49:09 PM
    Cyclobenzaprine HCl - 10 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME;
Therapy: 04Dec2017 to (Evaluate:24Dec2017); Last Rx:04Dec2017; Status: ACTIVE -
Retrospective By Protocol Authorization Ordered
Rx By: Victoroff, Brian; Dispense: 20 Days ; #:20 Tablet; Refill: 0;For: Left
knee pain; DAW = N; Print Rx; Last Updated By: Kuchta, Nikki E; 12/4/2017
3:11:19 PM
    Pravastatin Sodium 40 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY;
Therapy: 28May2013 to (Evaluate:10Feb2018)  Requested for: 15Feb2017; Last
Rx:15Feb2017 Ordered
Rx By: Lele, Shreeniwas; Dispense: 90 Days ; #:90 Tablet; Refill: 3;For:
Low-density-lipoid-type (LDL) hyperlipoproteinemia; DAW = N; Verified
Transmission to CVS/PHARMACY #4327; Last Updated By: System, SureScripts;
2/15/2017 3:39:57 PM
    Evzio 2 MG/0.4ML Injection Solution Auto-injector; use as directed. start
with one
cartridge if no result and wake up use the second cartridge in 2 minutes;
Therapy: 30Mar2017 to (Last Rx:30Mar2017)  Requested for: 30Mar2017 Ordered
Rx By: Moufawad, Sami; Dispense: 0 Days ; #:1 X 0.4 ML Package (2 Packages);
Refill: 1;For: Right knee DJD; DAW = N; Verified Transmission to ASPN
PHARMACIES, LLC; Last Updated By: System, SureScripts; 3/30/2017 5:36:09 PM
    Hydrocortisone 2.5 % External Cream; APPLY 2-3 TIMES DAILY TO AFFECTED
AREA(S);
Therapy: 13Jun2017 to (Last Rx:13Jun2017)  Requested for: 13Jun2017 Ordered
Rx By: Lele, Anju S; Dispense: 0 Days ; #:1 GM; Refill: 1;For: Sunburn; DAW =
N; Verified Transmission to CVS/PHARMACY #4327; Last Updated By: System,
SureScripts; 6/13/2017 2:23:03 PM
    Amitriptyline HCl - 25 MG Oral Tablet; TAKE 1 TABLET BY MOUTH AT BEDTIME;
Therapy: 21Apr2017 to Recorded
Rx By: LELE; Dispense: 30 Days ; #:30 TABS; Refill: 0; DAW = N; Record; Last
Updated By: Moufawad, Sami; 10/13/2017 4:45:11 PM

Physical Exam
Patient is very emotional and tearful during our interview today. Her incisions
are healed well. Some sutures were sticking out of the front incision, and they
were clipped today by me. Range of motion is 0-60. Calf is soft and supple and
nontender very little effusion.

Diagnoses/Problems
    Peripheral tear of medial meniscus of left knee as current injury,
subsequent encounter
(V58.89,836.0) (S83.222D)
    Knee pain (719.46) (M25.569)
    Deficiency of anterior cruciate ligament of left knee (728.89) (M23.8X2)

Provider Impressions
Left knee anterior cruciate ligament tear and medial meniscus tear

Patient Discussion/Summary

Patient is doing generally well 5 weeks post surgery. She will need to be
reevaluated in another 3 weeks and again a month after that. She will require
physical therapy for another 7 weeks at least. She has been given a prescription
for pain medicine and for Flexeril. She will follow up in 3 weeks.

This was dictated using voice recognition software and not corrected for
grammatical or spelling errors.

End of Encounter Meds
Amitriptyline HCl - 25 MG Oral Tablet; TAKE 1 TABLET BY MOUTH AT BEDTIME;
Therapy: 21Apr2017 to Recorded
Amphetamine-Dextroamphetamine 20 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
Therapy: 05Sep2017 to (Evaluate:14Jan2018); Last Rx:15Dec2017 Ordered
Cyclobenzaprine HCl - 10 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME;
Therapy: 04Dec2017 to (Evaluate:24Dec2017); Last Rx:04Dec2017; Status: ACTIVE -
Retrospective By Protocol Authorization Ordered
Cyclobenzaprine HCl - 10 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME;
Therapy: 29Dec2017 to (Evaluate:08Jan2018); Last Rx:29Dec2017; Last
Rx:29Dec2017; Status: ACTIVE - Retrospective By Protocol Authorization Ordered
Dexilant 30 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE Every twelve hours;
Therapy: 11Nov2015 to (Evaluate:06Feb2018)  Requested for: 13Feb2017; Last
Rx:11Feb2017 Ordered
Docusate Sodium 250 MG Oral Capsule; TAKE 2 CAPSULE Daily;
Therapy: 11Feb2017 to (Evaluate:06Feb2018)  Requested for: 13Feb2017; Last
Rx:11Feb2017 Ordered
Evzio 2 MG/0.4ML Injection Solution Auto-injector; use as directed. start with
one
cartridge if no result and wake up use the second cartridge in 2 minutes;

*[Handwritten note in right margin:]* PT until 3rd WEEK OF FEB. UH cut me OFF 1/31 But had no therapy Again Due to ins. issues.

1/25/2018                                    RE: Physical Therapy

**From:** Jaggie, Valerie <Valerie.Jaggie@UHhospitals.org>
    **To:** mellis4702 <mellis4702@aol.com>
**Subject:** RE: Physical Therapy
    **Date:** Wed, Jan 3, 2018 3:14 pm

*exhibit N*

---

Michelle,

I wanted to follow up with you regarding your open issues.   As of this time, we will move your termination date to January 1, 2018, so your benefits will go through the end of January.   You will then be sent information regarding Cobra. If you would like to discuss benefits past this point we could speak about a separation agreement with a release of liability for UH.   *Regarded call offering me this*

Please submit a copy the cell phone bills that you are requesting payment for from June – December 2017 by Wednesday, January 10.  I will have Cindy work with Drew to allow for an out of policy expense.  Also, you mentioned that you have a receipt from a luncheon that you need to be reimbursed for.  We will need the receipt in order to see if it is in policy for payment.

Dr. Knauer is missing his new Olympis recorder. Was this collected when you items were retrieved as it was on your desk per Dr. Knauer?

One last item that I need to address is that while you were on your recent continuous medical leave from 11/27 – 12/11, I am aware that you were working against policy.  On November 27, 2016, your role was realigned and you were moved to an hourly status.  Please let me know how many hours you think you worked off the clock that were not recorded during that time period.

Please provide the needed information by Wednesday, January 10, 2018.

Valerie

*My role changed? September 3, 2017.*

*11/27 was the day of my actual Surgery I didnot pick up my laptop + turn it on until 12/4/17 when I was checking emails to make sure my STD had been approved.*

*Valerie J. Jaggie*
HR Manager
University Hospitals Physician Services
3605 Warrensville Center Road
Floor 2, 2171
Shaker Heights, OH 44122
216.286.1860 Phone
216.201.4504 Fax
36996 Pager




University Hospitals

THE OFFICIAL HEALTH CARE PARTNER OF THE
CLEVELAND  BROWNS

**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Tuesday, January 02, 2018 3:31 PM

Cynthia Clark

Administrator

Pediatics & Urgent Care

Cell# 440-241-9377


**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Thursday, January 11, 2018 11:48 AM
**To:** Jaggie, Valerie; Clark, Cindy
**Subject:** Insurance coverage


Good Morning Valerie and Cindy,

I will not be accepting your offer to continue my insurance through February "if I sign a release of liability". So I understand I will have no coverage after 1/31/18.

I am still waiting to hear about the alleged emails from my termination as well as my cell phone reimbursment and my luncheon reimbursment.

You know how to reach me,
Michelle Rose

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Cynthia Clark

Administrator

Pediatics & Urgent Care

Cell# 440-241-9377


From: mellis4702@aol.com [mailto:mellis4702@aol.com]
Sent: Friday, January 12, 2018 10:44 AM
To: Clark, Cindy
Cc: Jaggie, Valerie
Subject: RE: Insurance coverage

Thank you.  Can you please make sure my last pay check stub is mailed to my house.

Thank you,
Michelle Rose

Sent from AOL Mobile Mail


On Friday, January 12, 2018 Clark, Cindy <Cynthia.Clark@UHhospitals.org> wrote:

Michelle,

Thank you for your email.  In response to your request for the emails noted in your termination document, I am unable to release that information per HR – 78 Employee File Request and Review Procedure.  "Files are not available to non-UH employees."


I am working with Finance to process the reimbursement for your cell phone and also the luncheon.  I am expecting to have that taken care of by the end of next week.

Thanks,

Cindy

*I requested HR-78 Employee File request Review & procedure And was denied As I was denied the emails requested.*

Cynthia Clark

Administrator

Pediatics & Urgent Care

Cell# 440-241-9377


From: mellis4702@aol.com [mailto:mellis4702@aol.com]
Sent: Thursday, January 11, 2018 11:48 AM
To: Jaggie, Valerie; Clark, Cindy
Subject: Insurance coverage


Good Morning Valerie and Cindy,

Thank you so much,
Michelle Rose

Sent from AOL Mobile Mail

---

On Friday, January 19, 2018 Chester, Julie <Julie.Chester@UHhospitals.org> wrote:

Michelle,

You should have received Valerie's "out of the office" email as she is out of the office and doesn't have access to email. I contacted our HR Benefits team and they have confirmed your termination date is January 1, 2018. You have health insurance coverage through January 31, 2018. Notification was also sent to HDP.

Thank you,

Julie

**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Thursday, January 18, 2018 5:52 PM
**To:** Chester, Julie
**Subject:** Fwd: RE: Physical Therapy

Good Evening,

Please see the email chain below. I am reaching out to you as I have now been without my medications for 6 days and missed an entire week (3 times a week) of physical therapy.

I am being told that nothing has changed and I have no insurance coverage. I underwent major reconstructive knee surgery on November 27th and was terminated on 12/20 while out on short term disability for allegedly working while on leave.

I have called, texted and emailed Valerie Jaggie everyday thia entire week trying to get this resolved. I have fibromyalgia, CVID, CMT and in chronic pain from the major knee surgery ontop of all the other issues and without my medications for 6 days now is causing me so much pain and suffering.

My surgeon stated I should have at least 7 more weeks of physical therapy and then follow up with him but cutting my insurance off on January 31st cuts me short 3 weeks of physical therapy and 4 if you count the week I have already missed. Not to mention the bills I will recieve from 3 days a week for therapy I attended prior to learning I was not covered.

Can this be addressed and someone get back to me as soon as possible? After 13 years of service without any corrective actions and or repremands, I would never have never expected to be treated this way. All over an email threatening to take my concers to a higher level after being repeatedly denied to push back a start date due to my father laying in hospice dying, an MA on FMLA leave as well as me the manager on FMLA leave and a very unwanted and unplanned reconstructive knee surgery.

Thank you for your time and attention as I am afraid not getting the care, physical therapy and medicatios I need may result in more medical issues.

Thank you so much,
Michelle Rose

Sent from AOL Mobile Mail

 **PAUL J. CORRADO**
Attorney & Counselor at Law

**Paul Corrado <pcorrado@ohioemploymentlawyer.com>**

---

## FW: RE: Physical Therapy
3 messages

---

**Michelle Rose** <mellis4702@aol.com>                                   Fri, Dec 7, 2018 at 2:59 PM
To: "pcorrado@ohioemploymentlawyer.com" <pcorrado@ohioemploymentlawyer.com>

This was Valerie Jaggie's boss at UH and I emailed her after not getting a response from Valerie.


Sent from Mail for Windows 10


**From:** mellis4702@aol.com
**Sent:** Friday, January 19, 2018 2:47 PM
**To:** Julie.Chester@UHhospitals.org
**Subject:** RE: RE: Physical Therapy


I spoke with Ben I believe his name was at UH HR Benefits and also my nurse case manager Terri Austin - Steele ay HDP and they have both confirmed I have no coverage.

Sent from AOL Mobile Mail

---

On Friday, January 19, 2018 Chester, Julie <Julie.Chester@UHhospitals.org> wrote:

Please let me know who you spoke with from HR Benefits.  I just confirmed that you have coverage in our health insurance plan through January 31, 2018.


Thanks!


Julie


**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Friday, January 19, 2018 2:43 PM
**To:** Chester, Julie
**Subject:** RE: RE: Physical Therapy


Good Afternnon Julie,

No I did not recieve any notifications of out of the office.  When I called HR benefits, they stated that in order to have coverage until 1/31, my term date must be 2/1 and that is coming from UH HR benefits.

As of now I have no coverage, missed an entire week of physical therapy and have been without medications for 6 days. This should have been addressed and looked into?

This as of now has not been resolved and I continue to miss therapy and doctors appointments as well as my medications that I am in need of.

**From:** mellis4702@aol.com
**Sent:** Thursday, January 18, 2018 9:34 AM
**To:** Valerie.Jaggie@UHhospitals.org
**Subject:** Insurance


Good Morning,

I spoke to my nurse case manager at Health Design Plus and she had stated that I am still without insurance and listed as termed 12/20/18.

I have called you, texted you and emailed you and I have heard nothing back.  This is day 5 without my medications that I am in desperate need of and I have already missed 2 physical therapy appointment and most likely will have to miss tomorrow as well.

If this does not get resolved today so I can get my medications and go to physical therapy tomorrow, I have been told to contact the VP of HR Julie Chester.  Please let me know if this has been taken care of as it is affecting my health and state of mind as well.  I have been on these medications for years and being without and cold turkey is causing alot of stress, pain and aggravation.

Thank you,
Michelle Rose

Sent from AOL Mobile Mail

..nank you so much,
Michelle Rose

Sent from AOL Mobile Mail

_____

On Friday, January 19, 2018 Chester, Julie <Julie.Chester@UHhospitals.org> wrote:

Michelle,


You should have received Valerie's "out of the office" email as she is out of the office and doesn't have access to email. I contacted our HR Benefits team and they have confirmed your termination date is January 1, 2018. You have health insurance coverage through January 31, 2018. Notification was also sent to HDP.


Thank you,


Julie


**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Thursday, January 18, 2018 5:52 PM
**To:** Chester, Julie
**Subject:** Fwd: RE: Physical Therapy


Good Evening,

Please see the email chain below. I am reaching out to you as I have now been without my medications for 6 days and missed an entire week (3 times a week) of physical therapy.

I am being told that nothing has changed and I have no insurance coverage. I underwent major reconstructive knee surgery on November 27th and was terminated on 12/20 while out on short term disability for allegedly working while on leave.

I have called, texted and emailed Valerie Jaggie everyday thia entire week trying to get this resolved. I have fibromyalgia, CVID, CMT and in chronic pain from the major knee surgery ontop of all the other issues and without my medications for 6 days now is causing me so much pain and suffering.

My surgeon stated I should have at least 7 more weeks of physical therapy and then follow up with him but cutting my insurance off on January 31st cuts me short 3 weeks of physical therapy and 4 if you count the week I have already missed. Not to mention the bills I will recieve from 3 days a week for therapy I attended prior to learning I was not covered.

Can this be addressed and someone get back to me as soon as possible? After 13 years of service without any corrective actions and or repremands, I would never have never expected to be treated this way. All over an email threatening to take my concers to a higher level after being repeatedly denied to push back a start date due to my father laying in hospice dying, an MA on FMLA leave as well as me the manager on FMLA leave and a very unwanted and unplanned reconstructive knee surgery.

Thank you for your time and attention as I am afraid not getting the care, physical therapy and medicatios I need may result in more medical issues.

Thank you so much,
Michelle Rose

Sent from AOL Mobile Mail

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

---

**Michelle Rose** <mellis4702@aol.com>                                    Fri, Dec 7, 2018 at 3:00 PM
To: "pcorrado@ohioemploymentlawyer.com" <pcorrado@ohioemploymentlawyer.com>

Sent from Mail for Windows 10

---

**From:** mellis4702@aol.com
**Sent:** Friday, January 19, 2018 5:21 PM
**To:** TSteele-Austin@hdplus.com
**Subject:** RE: RE: RE: Physical Therapy

My rx are still ringing up at CVS for hundreds ontop of hundreds of dollars and with already having 6 theapy sessions, I should of already met my deductible and only paying the 20% for medications?

Sent from AOL Mobile Mail

---

On Friday, January 19, 2018 Theresa Steele-Austin <TSteele-Austin@hdplus.com> wrote:

Let me send it on to our acct rep. as of this morning it still showed termed. I check daily.

**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Friday, January 19, 2018 2:53 PM

*My Nurse at UHPS owned insurance Company. She was trying to help me As UHC refused to respond When I was telling them I Had NO Insurance Coverage.*

**From:** Theresa Steele-Austin <TSteele-Austin@hdplus.com>
**To:** mellis4702@aol.com <mellis4702@aol.com>
**Subject:** RE: Rx CVS CareMark
**Date:** Thu, Feb 1, 2018 11:11 am

Ok they sent the information with the correct term dates to CVS. My suggestion, before you go back to the pharmacy, call them and ask them to run them and see what they come up.

Then if it is still incorrect call HR.

*HDP is owned by UH And is UH run.*

**From:** mellis4702@aol.com [mailto:mellis4702@aol.com]
**Sent:** Thursday, February 01, 2018 11:10 AM
**To:** Theresa Steele-Austin <TSteele-Austin@hdplus.com>
**Subject:** RE: Rx CVS CareMark

I have not spoken to anyone at all? I sent that email to HR and Cindy but have heard nothing at all.

Sent from AOL Mobile Mail

On Thursday, February 1, 2018 Theresa Steele-Austin <TSteele-Austin@hdplus.com> wrote:
Sorry customer service

-----Original Message-----
From: mellis4702@aol.com [mailto:mellis4702@aol.com]
Sent: Thursday, February 01, 2018 10:33 AM
To: Theresa Steele-Austin <TSteele-Austin@hdplus.com>
Subject: Re: Rx CVS CareMark

Speak to CS? Who is CS?

-----Original Message-----
From: Theresa Steele-Austin <TSteele-Austin@hdplus.com>
To: mellis4702 <mellis4702@aol.com>
Sent: Thu, Feb 1, 2018 9:46 am
Subject: RE: Rx CVS CareMark

Good morning Michelle. Did you speak to CS about the term date being forwarded to CVS? Hopefully this will take care of the problem. Let me know.

*[handwritten: my Supervisor Cindy CLARK]*

Terri

*[handwritten: + Julie Chester is head of the UHC HR Department + no one would help Me at All.]*

From: mellis4702@aol.com [mailto:mellis4702@aol.com]
Sent: Wednesday, January 31, 2018 5:04 PM
To: Valerie.Jaggie@UHhospitals.org; cindy.clark@uhhospitals.org; Julie.Chester@UHhospitals.org
Subject: Rx CVS CareMark

*[handwritten: This Email is Dated 1/31/2018]*

Good Afternoon,

*[handwritten: All that point I had no Rx + no physical therapy since 29th of December]*

I am at CVS trying to pick up my medications and I was told I have no perscription coverage since 12/31/17. I need this taken care of asap as I was supposed to have coverage until the end of today for both medical and perscriptions. Once this has been taken care of and I can pick up my perscriptions, I would apprciate an email confirming that I am not going to be embarrassed again in the CVS line while they call CVS CareMark and then told and announced in front of other customers that I have no coverage. I went to see my surgeon today as well and 3 times a week physical therapy and was embarrassed each and every single time as well being told my inaurance is showing not eligible. That is very frustrating and very embaressing. It has happened each and every single time and when I had to see my primary care doctor, my nurse grom Health Design Plus had to call my primary care doctors office because they were refusing to see me unless I was self pay and paid cash. I am hoping once CVS CareMark is contacted to make sure I am able to get my perscriptions this will not be a problem since it will now be 2/1/18 or 2/2/18 before I can get my perscriptions. I would like confirmation that I am not going to be embarrassed again when tyring to pick up my medications.
Michelle Rose.
DOB 01/12/1974
216-324-5608.
Sent from AOL Mobile Mail

------------------------------------------------------------
THIS MESSAGE AND OR ANY ATTACHMENTS IS INTENDED ONLY FOR PERSONAL AND CONFIDENTIAL USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.

THIS MESSAGE AND OR ANY ATTACHMENTS IS INTENDED ONLY FOR PERSONAL AND CONFIDENTIAL USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank you.